698

Van V. Lain and William Lain, Trading as Lain and Son, Appellants, v. Metropolitan Life Insurance Company, Appellee.

Gen. No. 42,879.

Heard in the third division, first district, this court at the October term, 1943; opinion filed April 26, 1944. Fisher & Fisher, for appellants; Joseph Fisher, of counsel; Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and Melvin L. Gibbard, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.

Herbert Novitsky and Fannie Novitsky, Appellants, v. Thomas P. Boland, Jr., Appellee.

Gen. No. 42,895.

Heard in the third division, first district, this court at the December term, 1943; opinion filed April 26, 1944. H. H. Patterson, for appellants; Edmund C. Maurer, of counsel; B. S. Quigley, for appellee; Ezra L. D'Isa, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.